128 A.3d 1199

Gregory KINNARD Jr., Petitioner

v.

Kelly LAWVER, Adams County Clerk of Courts, Respondent.

No. 168 MM 2015.

Supreme Court of Pennsylvania.

Dec. 21, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of December, 2015, the Application for Leave to File Original Process is **GRANTED,** and the "Emergency Petition for Writ of *Quo Warranto* Complaint" is **DENIED.**